# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 3:12cr266 |
| | : | No. 3:16cv1117 |
| v. | : | |
| | : | (Judge Munley) |
| HUBY RAMKISSOON, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 2nd day of May 2017, it is hereby **ORDERED** that the defendant's motion to vacate, set aside, or correct his sentence (Doc. 34) is **DENIED**. Based upon the reasoning in the accompanying memorandum, we decline to issue a certificate of appealability. See 28 U.S.C. § 2253(c) and 3d Cir. LAR 22. The Clerk of Court is directed to close case number 3:16cv1117.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**